# CARDOZO LAW

BENJAMIN N. CARDOZO SCHOOL OF LAW • YESHIVA UNIVERSITY

## CIVIL RIGHTS CLINIC

**Betsy Ginsberg**
*Director*
*Assistant Clinical Professor of Law*

(212) 790-0470
Fax (212) 790-0256

February 3, 2015

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
White Plains, NY 10601

Re:     *Manning v. Griffin*, et al, 15 CV 003

Dear Judge Karas:

Attached please find the affidavits of service, served upon the three named defendants in *Manning v. Griffin*, 15 cv 003. Service was completed pursuant to Fed. R. Civ. P. 4(e)(1) and New York CPLR 308(2).

Respectfully submitted,

/s

Betsy Ginsberg, Esq.
Director, Civil Rights Clinic
Benjamin N. Cardozo School of Law