AFFIDAVIT OF SERVICE

United State District Court                                Civil Action 15-CV003
Southern District of New York                              Judge Kaplan

The undersigned being duly sworn, deposes and says:

Scott Cooper is not a party to the action, is over 18 years of age and resides at in the state of New York

That on 1/8/15 at 1005am , deponent served the within: Summons In A Civil Complaint as instructed by the client as described in a letter dated january 5, 2015
Upon: Patrick Griffin acting in his capacity as Superintendent of Prisons - Sullivan Correctional facility.
Service was also served upon Patrick Griffin in his capacity for Mark Royce and Peter Cohen , employees of Sullivan Correctional Facility.
located at: 325 Riverside Drive - Fallsburg, NY 12733

Deponent completed service by enclosing a copy of the same in a postpaid envelope marked personal and confidential and addressed to the respondent ,placed envelope in the custody of the USPS located in: Monticello, NY.

Sworn to before me this 28 day of
January ,2014

_____
Notary Public

                                                           _____
                                                           Scott Cooper
                                                           Process Server

FLORRIE LYNNE YANNITTY
Notary Public, State of New York
Qualified in Orange County
Registration No. 01YA4601262
Commission Expires January 31, 20 19