# CARDOZO LAW

BENJAMIN N. CARDOZO SCHOOL OF LAW • YESHIVA UNIVERSITY

## CIVIL RIGHTS CLINIC

**Betsy Ginsberg**
*Director*
*Assistant Clinical Professor of Law*

(212) 790-0470
Fax (212) 790-0256

March 25, 2015

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Re:    *Manning v. Griffin*, No. 15-cv-003 (KMK)(PED)

Dear Judge Karas:

Along with the Cornell LGBT rights clinic, we represent Ms. LeslieAnn Manning in the above-referenced lawsuit.  We write respectfully to submit two Law Student Intern Appearance Forms for Francesca Acocella and Elias Shebar, who are law student interns at the Cardozo Civil Rights Clinic and who work on Ms. Manning's case.  The forms have been signed by Ms. Manning, by Toby Golick, the Director of Clinical Education, and by me, their supervisor in this case.

Thank you in advance for your consideration.

Respectfully submitted,

        s/

Betsy Ginsberg
*Supervising Attorney*

Francesca Acocella
Elias Shebar
*Legal Interns*

cc: Maria Hartofilis, Esq. (via ECF)