

**Cornell University Law School**

Lawyers in the Best Sense

**LGBT ADVOCACY CLINIC**
**SUSAN V. HAZELDEAN, DIRECTOR**

149 Myron Taylor Hall
Ithaca, New York 14853-4901
T: 607.255.4196
F: 607.255.3269

March 25, 2015

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    *Manning v. Griffin*, No. 15-cv-003 (KMK)(PED)

Dear Judge Karas:

    We, along with the Cardozo Civil Rights Clinic, represent Ms. LeslieAnn Manning in the above-referenced lawsuit. We write respectfully to submit two Law Student Intern Appearance Forms for Drew Goldberg and Lu Wang, who are law student interns at the LGBT Clinic at Cornell Law School. The forms have been signed by Ms. Manning; by Professor John Blume, the Director of Clinical, Advocacy, and Skills Programs; and by Professor Susan Hazeldean, who supervises Mr. Goldberg and Ms. Lu in this case.

    Thank you in advance for your consideration.

                                 Respectfully submitted,

                                 Susan Hazeldean
                                 *Supervising Attorney*

                                 Drew Goldberg
                                 Lu Wang
                                 *Legal Interns*

cc: Maria Hartofilis, Esq. (via ECF)

