UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIEANN MANNING,

                      Plaintiff,

-v-

PATRICK GRIFFIN, et al.,

                      Defendants.

Case No. 15-CV-003 (KMK)

SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

       At the Pre-Motion Conference held before the Court on April 21, 2015, the Court adopted the following scheduling order:

       Defendants are to provide Plaintiff with the names of the John Doe Defendants identified in the Complaint. Plaintiff shall file a First Amended Complaint by May 21, 2015. Defendants shall file their motion to dismiss by no later than thirty days after Defendants named in the First Amended Complaint are served. Plaintiff shall file opposition papers by no later than thirty days thereafter. Defendants shall file their reply in support of their motion by no later than thirty days after Plaintiff files the opposition papers. Sur-reply papers will not be accepted unless prior permission of the Court is given.

       Counsel are reminded that there is a strict page limit, which will be extended only in extreme circumstances.

       Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motions are due.

       Courtesy copies are to be served upon counsel by the assigned date. One courtesy copy of all papers also shall be sent to the Court at the time they are served upon opposing counsel.

       If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    April 21, 2015
                 White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE